IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. McCOOL, | No. C-06-1314 MMC |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ELI LILLY AND COMPANY, | |
| Defendant / | |

Before the Court is the parties' Joint Case Management Conference Statement, filed September 13, 2006, by which the parties seek to vacate or continue the September 27, 2006 case management conference. The parties state the instant action is subject to a conditional order transferring the action for inclusion in MDL No. 1596, <u>In re Zyprexa Products Liability Litigation</u>.

Accordingly, for good cause shown, the September 27, 2006 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 14, 2006

                                              MAXINE M. CHESNEY
                                              United States District Judge