

**A CERTIFIED TRUE COPY**
SEP - 7 2006
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
OCT 1 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
SEP -7 2006
FILED
CLERK'S OFFICE

DOCKET NOS. 1596 AND 1769

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL-1596 – IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION
### MDL-1769 – IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Charles A. McCool v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1314

### ORDER VACATING CTO-3 IN MDL-1769 AND LIFTING STAY OF CTO-61 IN MDL-1596

On August 2, 2006, the Panel filed an order conditionally i) transferring this action (*McCool*) to the Eastern District of New York in MDL-1596, ii) separating the Seroquel claims and remanding them to the Northern District of California, and iii) transferring the resulting Seroquel action to the Middle District of Florida in MDL-1769. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *McCool* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order. The Panel, however, has been advised that the Seroquel claims in *McCool* were dismissed in the Northern District of California by the Honorable Maxine M. Chesney in an order filed on August 18, 2006. Accordingly, *McCool* in its present posture is appropriate for transfer in its entirety to the Eastern District of New York for inclusion in MDL-1596.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-3" in MDL-1769 (with prior separation and remand of Seroquel claims), filed on August 2, 2006, is VACATED insofar as it relates to this action.

IT IS FURTHER ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-61" in MDL-1596 is LIFTED insofar as it relates to this action, and thus

ATTEST
DATED 10/17/06 20
ROBERT C. HEINEMANN
BY _____ CLERK